1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,         )
                                               )

9             Plaintiff,          )
                                             )

10      v.                     )    2:12-CR-453-APG-(GWF)
                                           )

11  GREGORY RUIZ,                )
                                           )

12            Defendant.       )

13  **AMENDED PRELIMINARY ORDER OF FORFEITURE**

14        This Court finds that on September 3, 2013, defendant GREGORY RUIZ pled guilty to Count

15  One of a Ten-Count Indictment charging him in Count One with Conspiracy to Distribute Controlled

16  Substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Indictment, ECF

17  No. 1; Bill of Particulars, ECF No. 74; Change of Plea Minutes, ECF No. 101; Plea Agreement, ECF

18  No. 103.

19        This Court finds defendant GREGORY RUIZ agreed to the forfeiture of the property set

20  forth in the Forfeiture Allegations of the Indictment and the Bill of Particulars. Indictment, ECF No.

21  1; Bill of Particulars, ECF No. 74; Change of Plea Minutes, ECF No. 101; Plea Agreement, ECF No.

22  103.

23        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

24  America has shown the requisite nexus between property set forth in the Forfeiture Allegations of

25  the Indictment and the Bill of Particulars and the offense to which defendant GREGORY RUIZ pled

26  . . .

guilty. Indictment, ECF No. 1; Bill of Particulars, ECF No. 74; Change of Plea Minutes, ECF No. 101; Plea Agreement, ECF No. 103.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1), (a)(2), and (p):

1.    $18,290.00 in United States Currency;

2.    Real property and improvements situated at 6399 Briney Deep Avenue, Las Vegas, NV 89139, more particularly described as Lot 48 in block 1 of Pinnacle II at Pinnacle Peaks, as shown by map thereof on file in Book 106, of Plats Page 93 in the office of the County Recorder of Clark County, Nevada, APN: 176-11-613-048;

3.    $2,422.00 in United States Currency;

4.    Gents stainless steel Rolex Oyster Perpetual Datejust wristwatch and band, black diamond dial, diamond bezel (aftermarket), 37mm case, model #1162234, serial #Z586603, Movement #3 1504912, 122.3 grams; and

5.    Mid-size stainless steel Rolex Oyster Perpetual Datejust wristwatch and band, aftermarket diamond bezel, silver dial, luminous stick markers, date window, 31.5mm case, movement #186547, model #178274, serial #D899431, 89.4 grams (collectively referred to herein as "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of GREGORY RUIZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

2  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

3  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

4  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

5  the name and contact information for the government attorney to be served with the petition,

6  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

8  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

10  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

11  following address at the time of filing:

12    Daniel D. Hollingsworth
     Assistant United States Attorney
13    Lloyd D. George United States Courthouse
     333 Las Vegas Boulevard South, Suite 5000
14    Las Vegas, Nevada 89101

15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

16  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

17  following publication of notice of seizure and intent to administratively forfeit the above-described

18  property.

19    DATED this ___26th___ day of _____September_____, 2013.

20

21    _____

22    UNITED STATES DISTRICT JUDGE

23

24

25

26

3